IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARICA DURKOT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 08-4538 |
| TESCO EQUIPMENT, LLC | : | |

### ORDER

AND NOW, this 9th day of September, 2009, upon consideration of Defendant's Motion for the Application of the Restatement (Third) (Document #23), Plaintiff's opposition thereto, and Defendant;'s Response, IT IS HEREBY ORDERED as that Defendant's Motion is DENIED and Section 402(a) of the Restatement (Second) will be applied in this case.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART, M.J.